UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pe Chi-A Vang, et al.,

        Plaintiffs,

v.                                                                                                  Civil No. 11-614 (JNE/FLN)
                                                                                                                        ORDER

Cooper Tire & Rubber Company, et al.,

        Defendants.

In a Report and Recommendation dated June 10, 2011, the Honorable Franklin L. Noel, United States Magistrate Judge, recommended granting Plaintiffs' Motion to Remand and denying Plaintiffs' request for an award of attorney fees and expenses. Defendants objected to the Report and Recommendation, and Plaintiffs responded. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 95]. Therefore, IT IS ORDERED THAT:

1. Plaintiffs' Motion to Remand [Docket No. 18] is GRANTED, and the action is remanded to Hennepin County District Court; and

2. To the extent Plaintiffs seek an award of attorney fees and expenses resulting from the removal proceeding, the motion is DENIED.

LET THE JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 12, 2011

                                                                                                   s/ Joan N. Ericksen
                                                                                                    JOAN N. ERICKSEN
                                                                                                    United States District Judge